JGW/USAO#2019R00219



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 APR -2 PM 4:18

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIMINAL NO. RDB-19-0165 |
| v. | * | |
| | * | (Conspiracy to distribute and possess |
| **JESUS CHAIDEZ-MEZA and** | * | with intent to distribute five kilograms |
| **PEDRO VALDEZ-GARCIA,** | * | or more of cocaine 21 U.S.C. § 841(a)(1), |
| | * | .846) |
| | * | |
| | * | |
| Defendants. | * | |

*******

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

From in or about September of 2016, and continuing until in or about December of 2016, in the District of Maryland and elsewhere,

**JESUS CHAIDEZ-MEZA and**

**PEDRO VALDEZ-GARCIA,**

the defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled Substance.

21 U.S.C. §§ 841(a)(1), 846

_Robert K. Hur_
Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

4·2·19

Date